[Cite as *Zanotti v. Ohio Dept. of Transp.*, 2011-Ohio-1424.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


LUCIANO ZANOTTI, et al.

     Plaintiffs

     v.

OHIO DEPARTMENT OF
TRANSPORTATION, et al.

     Defendants

      Case No. 2009-07229

Judge Alan C. Travis
Magistrate Anderson M. Renick

<u>JUDGMENT ENTRY</u>


**{¶ 1}** On February 11, 2011, the magistrate issued a decision recommending judgment for defendants.

**{¶ 2}** Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

**{¶ 3}** The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendants. Court costs are assessed against plaintiffs. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2009-07229       - 2 -       JUDGMENT ENTRY

_____
ALAN C. TRAVIS
Judge

cc:

James P. Dinsmore           R. Craig McLaughlin
Paula Luna Paoletti          6105 Parkland Blvd.
Peter E. DeMarco          Mayfield Heights, Ohio 44124
Assistant Attorneys General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

AMR/cmd
Filed March 8, 2011
To S.C. reporter March 22, 2011